ANTONIO D'AMBROSI, Respondent, *v.* MATTEO MARTO-RELLO, Appellant.

*Appeal — unanimous affirmance — appeal to Court of Appeals without permission dismissed.*

*D'Ambrosi* v. *Martorello*, 219 App. Div. 720, appeal dismissed.
(Argued March 28, 1927; decided April 5, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been obtained.

*Philip M. Bromberg* and *James M. Fawcett* for motion.
*William L. Morris* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.